```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33393
    CLIFTON A TOMES
    DELORES A TOMES                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5892    SSN XXX-XX-2954

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 09/09/2004 and was confirmed 11/17/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

      The case was paid in full 08/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------
WORLD OMNI FINANCIAL COR  SECURED                 .00              .00              .00
WASHINGTON MUTUAL         CURRENT MORTG           .00              .00              .00
WASHINGTON MUTUAL         SECURED              4015.00           95.67          4015.00
WASHINGTON MUTUAL         UNSECURED          NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED           10449.93              .00          5224.97
DISCOVER FINANCIAL SERVI  UNSECURED            4538.85              .00          2269.43
HOME DEPOT                UNSECURED          NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED            5641.51              .00          2820.76
RESURGENT ACQUISITION LL  UNSECURED            3018.70              .00          1509.35
HOUSEHOLD FINANCE         UNSECURED            2528.29              .00          1264.15
WAL MART STORES INC       UNSECURED          NOT FILED              .00              .00
CASA INVESTMENT CO        UNSECURED            4737.67              .00          2368.84
ECAST SETTLEMENT CORP     UNSECURED            1000.00              .00           500.00
WORLD OMNI FINANCIAL COR  UNSECURED            4047.52              .00          2023.76
LEGAL HELPERS PC          DEBTOR ATTY         1,800.00                          1,800.00
TOM VAUGHN                TRUSTEE                                               1,428.17
DEBTOR REFUND             REFUND                                                     .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  25,320.10

PRIORITY                                                .00
SECURED                                            4,015.00
    INTEREST                                          95.67
UNSECURED                                         17,981.26
ADMINISTRATIVE                                     1,800.00
TRUSTEE COMPENSATION                               1,428.17
DEBTOR REFUND                                           .00
                         ---------------    ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33393 CLIFTON A TOMES & DELORES A TOMES
```

```
TOTALS                                  25,320.10           25,320.10
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE